UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOSEPH MANSOUR, derivatively on behalf of CLIFFS NATURAL RESOURCES INC., | Civil Action No. 1:16-cv-00390-DAP |
| Plaintiff, | Granted. It is SO ORDERED.<br>*s/ Dan Aaron Polster*<br>United States District Judge   4/18/2016 |
| v. | |
| JOSEPH A. CARRABBA, GARY B. HALVERSON, LAURIE M. BRLAS, TERRANCE M. PARADIE, DAVID B. BLAKE, SUSAN M. CUNNINGHAM, JANICE K. HENRY, BARRY J. ELDRIDGE, MARK E. GAUMOND, ANDRÉS R. GLUSKI, SUSAN M. GREEN, JAMES F. KIRSCH, STEPHEN M. JOHNSON, RICHARD K. RIEDERER and TIMOTHY W. SULLIVAN, | **JURY TRIAL DEMANDED** |
| Defendants, | |
| and | |
| CLIFFS NATURAL RESOURCES INC., | |
| Nominal Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Joseph Mansour ("Plaintiff") hereby voluntarily dismisses without prejudice this action against the above-captioned Defendants. No responsive pleading has been filed in this action. Plaintiff gives this notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 15, 2016

KARON LLC

By: Daniel R. Karon

700 W. St. Clair Ave. Suite 200